IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STACY P. CHITTICK, *Individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> FREEDOM MORTGAGE CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 1:18-cv-01034 (AJT/MSN) <br> CONSOLIDATED |
| RODNEY W. HARRELL, *Individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> FREEDOM MORTGAGE CORPORATION, *A New Jersey Corporation*, <br><br> Defendant. | Civil Action No. 1:18-cv-00275 (AJT/TCB) <br> CONSOLIDATED |
| BARBARA FRANCESKI, *Individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> FREEDOM MORTGAGE CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-00138 (AJT/MSN) <br> CONSOLIDATED |

## **ORDER**

Upon consideration of Defendant NYCB Mortgage Company, LLC's ("NYCB") Rule 68 Offers of Judgment [Doc. Nos. 100-1, 101-1] and Plaintiffs Stacy P. Chittick's and Barbara Franceski's Notice of Acceptance [Doc. No. 100-101], it is hereby

ORDERED that judgment be, and the same hereby is, **ENTERED** in the amount of $5,000 to Plaintiff Barbara Franceski against Defendant NYCB with prejudice to her claims against NYCB and without prejudice to any claims against other Defendants; and it is further

ORDERED that judgment be, and the same hereby is, **ENTERED** in the amount of $3,500 to Plaintiff Stacy P. Chittick against Defendant NYCB with prejudice to her claims against NYCB and without prejudice to any claims against other Defendants.

The Clerk is directed to enter the above judgments pursuant to Federal Rule of Civil Procedure 68 and forward copies of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 8, 2021