IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Barbara Franceski | ) | |
| | ) | |
|        Plaintiff(s) | ) | |
| v. | ) | CIVIL ACTION NO. 1:18-cv-01034 |
| | | |
| | | 1:18-cv-00275 CONSOLIDATED |
| | | |
| | | 1:21-cv-00138 CONSOLIDATED |
| | ) | |
| NYCB | ) | |
| | ) | |
|        Defendant(s) | ) | |

JUDGMENT BY THE CLERK

PURSUANT to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of the plaintiff Barbara Franceski against the defendant NYCB in the amount of $5,000 with costs accrued.

Dated at Alexandria, Virginia, this 8 day of April 2021.

FERNANDO GALINDO, CLERK

BY: _____/s/_____

Deputy Clerk